UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00718-FDW-DSC

| | |
|---|---|
| PHILIP KEITH WOODS-JACKMAN )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>GREATER ENRICHMENT PROGRAM, )<br>INC., )<br>)<br>    Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 16), which was fully briefed by the parties. In addition, the Court conducted a hearing where it received oral argument and issued an oral ruling on December 11, 2017. For the reasons stated in open court, Defendant's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.

During the hearing, the Court also set forth several deadlines, which are memorialized here:

| | |
|---|---|
| **Jointly-Prepared Proposed Pretrial Order** | **December 22, 2017** |
| **Motions in Limine** | **December 27, 2017** |
| **Responses to Motions in Limine** | **December 29, 2017** |
| **Docket Call** | **January 2, 2018, at 9:00 a.m.** |
| **Jury Selection** | **January 3, 2018, at 9:00 a.m.** |

During docket call, the Court will determine the order in which the cases appearing on the docket shall proceed to trial. Nevertheless, counsel and the parties in this case should be prepared to proceed to trial immediately following jury selection on January 3, 2018.

IT IS SO ORDERED.

Signed: December 11, 2017

Frank D. Whitney
Chief United States District Judge